FILE COPY

# *11ᵗʰ Court of Appeals Mandate*

**T̲H̲E̲ ̲S̲T̲A̲T̲E̲ ̲O̲F̲ ̲T̲E̲X̲A̲S̲**

**TO THE 35TH DISTRICT COURT OF BROWN COUNTY, GREETINGS:**

BEFORE our Court of Appeals for the Eleventh District of Texas, on December 21, 2017, the cause upon appeal to revise or reverse your judgment between

Alfred Elwess

11th Court of Appeals No. 11-15-00286-CV and
35th District Court Case No. CV1007222

Texas Farm Bureau Mutual Insurance Company and Farm Bureau County Mutual
Insurance Company of Texas

was determined; and therein our said Court made its order in these words:

*"This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Alfred Elwess."*

**WHEREFORE WE COMMAND YOU** To observe the order of our said Court of

Appeals for the Eleventh District of Texas, in this behalf, and in all things to have it duly

recognized, obeyed and executed.



WITNESS, the HON. JOHN M. BAILEY, Justice of this said Court, with the seal thereof annexed at the City of Eastland, on March 2, 2018.

*Sherry Williamson*

**SHERRY WILLIAMSON, CLERK**

By: Cheryl Busk, Deputy

FILE COPY

# BILL OF COSTS

## TEXAS COURT OF APPEALS, ELEVENTH DISTRICT, AT EASTLAND

No. 11-15-00286-CV

**Alfred Elwess**
**v.**
**Texas Farm Bureau Mutual Insurance Company and Farm Bureau County Mutual Insurance Company of Texas**

(No. CV1007222 IN 35TH DISTRICT COURT OF BROWN COUNTY)

COURTS OF APPEAL:

| TYPE OF FEE | CHARGES | PAID/NOT PAID | DATE | BY |
|---|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | 02/16/2016 | CARMEN SYMES DUSEK |
| FILING | $205.00 | E-PAID | 11/06/2015 | STEPHEN GOETZMANN |

TRIAL COURT FEE:
Clerk's Record - unknown
Reporter's Record - $264.00

**Balance of costs owing to the Eleventh Court of Appeals, Eastland, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **Sherry Williamson, CLERK** OF THE ELEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE ELEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



WITNESS, the HON. JOHN M. BAILEY, Justice of this said Court, with the seal thereof annexed at the City of Eastland, on March 2, 2018.

*Sherry Williamson*

**SHERRY WILLIAMSON, CLERK**

By: Cheryl Busk, Deputy